**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

**RODNEY WAKINS**                                                          **PLAINTIFF**

**v.**                              **Case No. 3:18-cv-00147-KGB/JTK**

**BALLARD,** *et al.*                                                      **DEFENDANTS**

## ORDER

The Court has received the Proposed Findings and Recommendations submitted by United States Magistrate Judge Jerome T. Kearney (Dkt. No. 5).  No objections have been filed, and the time to file an objection has passed.  After careful consideration, the Court concludes that the Proposed Findings and Recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects (Dkt. No. 5).  Accordingly, plaintiff Rodney Wakins' complaint against defendants Ballard, Keath Bowers, and Jonesboro, Arkansas, Jail is dismissed without prejudice for failure to prosecute (Dkt. No. 1).

So ordered this 27th day of December, 2018.

_____
Kristine G. Baker
United States District Judge